IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-03010-BNB

CHRISTOPHER COPELAND,

    Applicant,

v.

BLAKE R. DAVIS, Warden, Federal Prison Camp, Florence,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 08 2010

GREGORY C. LANGHAM
CLERK

ORDER OF DISMISSAL

Applicant Christopher Copeland is in the custody of the United States Bureau of Prisons and currently is incarcerated at the Federal Prison Camp in Florence, Colorado. Mr. Copeland, acting *pro se*, initiated this action by filing a pleading titled, "Memorandum in Support of Application for Habeas Corpus Pursuant to 28 U.S.C. § 2241." In an order entered on December 29, 2009, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and instructed Mr. Copeland to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Copeland to file his claims on a Court-approved form that is used in filing § 2241 actions. Magistrate Judge Boland also directed Mr. Copeland either to pay the filing fee in full or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 along with a certificate showing the current balance in his prisoner trust fund account.

Magistrate Judge Boland warned Mr. Copeland that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days. Mr. Copeland has failed to communicate with the Court. As a result, he has failed to cure the deficiencies within the time allowed. Therefore, the action will be dismissed without prejudice for failure to cure the noted deficiencies. Accordingly, it is

ORDERED that the Application is denied and the action is dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 5 day of February, 2010.

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-03010-BNB

Christopher Copeland
Reg No. 27715-044
Federal Prison Camp
P.O. Box 5000
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 2/8/10

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk